UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

                                      14CV0563(PAE)

ARNOLDO CHAVEZ,

        Plaintiff

    -against-

THE PRUDENTIAL INSURANCE COMPANY
OF AMERICA,

        Defendant.

------------------------------------X

## NOTICE OF APPEARANCE AND DESIGNATION OF ATTORNEY IN CHARGE

1. Plaintiff is ARNOLDO CHAVEZ designates Morton Alpert as attorney in charge.

2. Morton Alpert is a member in good standing with the Bar of this court and the New York State Bar.

3. Morton Alpert's state bar number is 1319284 and his office address is 2890 Randall Avenue, Bronx, New York 10465; telephone number (718) 829-8800; fax number (718) 822-1155; e-mail address is MA41533@aol.com.

4. Morton Alpert will be responsible for this lawsuit and will be the attorney to receive all communications from the court and the defense attorneys.

                                      ALPERT, SLOBIN & RUBENSTEIN, LLP

Dated: February 7, 2014        Attorneys for Plaintiff

                                      BY: _____
                                          MORTON ALPERT (MA8050)
                                          2890 Randall Avenue

```
                                        Bronx, New York 10465
                                        (718) 829-8800

TO:   SEYFARTH SHAW, LLP
      Attorneys for Defendant
      620 Eighth Avenue
      New York, New York 10018
      (212) 218-3351
```